JAMES L. LOPES (No. 63678)
GARY M. KAPLAN (No. 155530)
NEIL W. BASON (No. 167662)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910
E-mail: nbason@howardrice.com

Attorneys for Chapter 11 Debtor in Possession
ORCO CONSTRUCTION SUPPLY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ORCO CONSTRUCTION SUPPLY, INC.,<br><br>Debtor. | Case No. 09-42847 T<br><br>Chapter 11 Case<br><br>Date: May 19, 2009<br>Time: 9:30 a.m.<br>Place: 1300 Clay Street, Room 201<br>      Oakland, California<br>Judge: Hon. Leslie Tchaikovsky |

**NOTICE AND SUBMISSION OF OVERBID OF HD SUPPLY
AS HIGHEST AND BEST BID**

**TO ALL PARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES, ALL PURPORTED HOLDERS OF LIENS, CLAIMS OR INTERESTS IN PROPERTY TO BE SOLD, ALL OTHER PARTIES IN INTEREST, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that an auction of substantially all of the assets of ORCO Construction Supply, Inc., the debtor in possession in this Chapter 11 case ("Debtor"), was commenced on May 13, 2009, at 10:00 a.m., and was continued at various times thereafter, pursuant to the Court's Order Approving Motion Of Debtor In Possession To Establish Sale Procedures And Scheduling Hearing On Motion For Sale Of Substantially All Its Assets (the

"Sale Procedures Order"). At a status conference on May 14, 2009, commencing at 11:00 a.m., the Court authorized and directed Debtor to prepare a notice of the bid that Debtor determines to be the highest and best bid. Debtor consulted with its financial advisor M&A Capital, LLC, and its attorneys. As required by the Sale Procedures Order, Debtor also sought the views the financial advisor and attorneys for the official committee of unsecured creditors (the "Committee"). Debtor has determined that the highest and best bid, subject to approval of the Court, is the bid of HD Supply Construction Supply, Ltd., a Florida limited partnership (dba WhiteCap) ("HD Supply"). HD Supply's bid is in the form of an irrevocable and binding offer, recited on the record before a court reporter at the auction, to enter into an Asset Purchase Agreement with Debtor in the form attached as **Exhibit A** hereto (the "APA"). A copy of this Notice and Submission is being posted on the Web Site established pursuant to the Sale Procedures Order (www.howardrice.com/legal/orco) and is available upon request to the undersigned.

**PLEASE TAKE FURTHER NOTICE** that included in the APA is a revised Schedule 1.2, a copy of which is attached hereto as **Exhibit B**.

DATED: May 15, 2009.

Respectfully,

JAMES L. LOPES
GARY M. KAPLAN
NEIL W. BASON
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
A Professional Corporation

By: /s/ Neil W. Bason
    NEIL W. BASON

Attorneys for Debtor ORCO CONSTRUCTION SUPPLY, INC., a California corporation

W03 170190006/1563141/v2

NOTICE AND SUBMISSION OF OVERBID OF HD SUPPLY AS HIGHEST AND BEST BID

-2-